

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

---

*Jacob K. Javits Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

September 6, 2024

**BY EMAIL**
The Honorable Valerie Figueredo
United States Magistrate Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

      Re:    *United States v. Muhammad Shahzeb Khan, a/k/a "Shahzeb Jadoon,"*
            24 Mag 3225

Dear Judge Figueredo:

      The Government writes to respectfully request that the Court issue an order unsealing the above-referenced Complaint as of 3:30 p.m. today, September 6, 2024. The Complaint was filed under seal on or about September 4, 2024.

      Respectfully submitted,

      DAMIAN WILLIAMS
      United States Attorney for the
      Southern District of New York

By:   /s/_____
       Kaylan E. Lasky
       David J. Robles
       Assistant United States Attorneys
       (212) 637-2315 / 2550

SO ORDERED:

_____
Hon. Valerie Figueredo, USMJ